JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BRAYAN GARCIA ONTIVEROS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN FCC LOMPOC,<br><br>　　　　　Respondent. | Case No. 2:23-cv-09562-JLS (MAA)<br><br>**JUDGMENT** |

　　Pursuant to the Order of Dismissal filed herewith,

　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 19, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE